AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| CHARLES BUIST, CHEYENNE HUNT, CHRISTINE BULLOCK, and NICK SPETSAS, individually and on behalf of all others similarly situated<br>*Plaintiff(s)*<br>v.<br>ANTHROPIC, PBC; OPENAI OPCO, LLC; SPACEXAI LLC; and GOOGLE LLC<br>*Defendant(s)* | ) | Civil Action No. 5:26-cv-10693 NC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* ANTHROPIC, PBC
c/o Corporation Service Company which will do business
in California as CSC - Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andrew T. Tutt (SBN 343206)
TRIAL LAWYERS FOR JUSTICE
421 W. Water Street
Decorah, IA 52101
Tel.: (202) 490-7080
andrew@tl4j.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Mark B.Busby

Date: 09/21/2026

*Signature of Clerk or Deputy Clerk*