# UNITED STATES DISTRICT COURT

for the

Northern District of California

CHARLES BUIST, CHEYENNE HUNT, CHRISTINE BULLOCK, and NICK SPETSAS, individually and on behalf of all others similarly situated

*Plaintiff(s)*

v.

ANTHROPIC, PBC; OPENAI OPCO, LLC; SPACEXAI LLC; and GOOGLE LLC

*Defendant(s)*

Case No. 5:26-cv-10693-NC

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* OPENAI OPCO, LLC
c/o C T Corporation System
330 N Brand Blvd., Suite 700
Glendale, CA 91203

SPACEXAI LLC
c/o United Agent Group Inc.
7801 Folsom Blvd., Suite 202
Sacramento, CA 95826

GOOGLE LLC
c/o Corporation Service Company which will do business
in California as CSC - Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andrew T. Tutt
Trial Lawyers for Justice
421 W. Water Street
Decorah, IA 52101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date: September 22, 2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Case No. 5:26-cv-10693-NC

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

( ) I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

( ) I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

( ) I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

( ) I returned the summons unexecuted because ______________________ ; or

( ) Other *(specify)*: ______________________
______________________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: