KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
R. JAMES SLAUGHTER - # 192813
rslaughter@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
MAYA JAMES - # 318554
mjames@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant
OPENAI OPCO, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CHARLES BUIST, CHEYENNE HUNT, CHRISTINE BULLOCK, and NICK SPETSAS, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ANTHROPIC, PBC; OPENAI OPCO, LLC; SPACEXAI LLC; AND GOOGLE LLC,

Defendants.

Case No. 5:26-cv-10693-NC

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Dept.: Courtroom 5 – 4th Floor
Judge: Hon. Nathanael M. Cousins

Date Filed: September 18, 2026

Trial Date: Not yet set

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Charles Buist, Cheyenne Hunt, Christine Bullock, and Nick Spetsas (collectively, "Plaintiffs"), and Defendants Anthropic, PBC ("Anthropic"), OpenAI OpCo, LLC ("OpenAI"), SpaceXAI LLC ("SpaceXAI"), and Google LLC ("Google") (collectively, "Defendants") (together, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed a Complaint in the above-captioned action on September 18, 2026 (ECF No. 1);

WHEREAS, Plaintiffs served OpenAI with the Complaint and summons on September 23, 2026, and OpenAI's response to the Complaint is currently due on October 14, 2026 (ECF No. 9);

WHEREAS, Plaintiffs served Anthropic, SpaceXAI, and Google with the Complaint and summons on September 24, 2026, and the response to the Complaint from Anthropic, SpaceXAI, and Google is currently due on October 15, 2026 (ECF Nos. 8, 10, 11);

WHEREAS, the Parties conferred on October 7, 2026 about the deadline to respond to the Complaint;

WHEREAS, the Parties have jointly agreed to extend Defendants' deadline to respond to Plaintiffs' Complaint to December 11, 2026;

WHEREAS, there have been no prior time modifications in this case, and this Stipulation does not alter any date or deadline fixed by the Court;

NOW, THEREFORE, pursuant to Civil Local Rule 6-1(a), the Parties agree and stipulate that Defendants' deadline to respond to the Complaint is December 11, 2026.

**IT IS SO STIPULATED.**

//

//

//

//

//

Dated: October 12, 2026

KEKER, VAN NEST & PETERS LLP

By: /s/ *R. James Slaughter*
R. JAMES SLAUGHTER

Attorneys for Defendant OPENAI OPCO LLC

Dated: October 12, 2026

DECHERT, LLP

By: /s/ *Russell P. Cohen*
RUSSELL P. COHEN
ALLISON K. OZUROVICH

Attorneys for Defendant ANTHROPIC, PBC

Dated: October 12, 2026

FRESHFIELDS US LLP

By: /s/ *Justina K. Sessions*
JUSTINA K. SESSIONS

Attorneys for Defendant GOOGLE LLC

Dated: October 12, 2026

WILLENKEN LLP

By: /s/ *Kenneth M. Trujillo-Jamison*
KENNETH M. TRUJILLO-JAMISON
KENTON SKARIN (*application for admission pro hac vice forthcoming*)
REID COLEMAN (*application for admission pro hac vice forthcoming*)

Attorneys for Defendant SPACEXAI, LLC

Dated: October 12, 2026

TRIAL LAWYERS FOR JUSTICE

By: /s/ *Andrew T. Tutt*
NICHOLAS C. ROWLEY
R. STANTON JONES (*application for admission pro hac vice pending*)
ANDREW T. TUTT
JAKOB Z. NORMAN (*application for admission pro hac vice forthcoming*)

Attorneys for Plaintiffs

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

*<u>/s/ R. James Slaughter</u>*
R. JAMES SLAUGHTER