# EXHIBIT D

On this page

Welcome to xAI!
Who We Are
Registration and Access
Using our Service
User Content
The Services Are Available "As Is"
xAI's Intellectual Property Rights
Privacy and Data Security
Paid Accounts
Termination, Suspension, Discontinuation
Disclaimer of Warranties
Indemnity
Limitation of Liability
Copyright Complaints
Dispute Resolution
General Provisions
Mobile App Specific Terms
Regional Specific Terms

# Terms of Service - Consumer

*Effective: June 9, 2025 (previous version)*

## Welcome to xAI!

These Terms of Service ("**Terms**") apply to your use of Grok and xAI's other services for individuals, including associated applications and websites (collectively, the "**Service**"). These Terms form an agreement between you and X.AI LLC, a Nevada company ("**xAI**," "**we**," "**our**," or "**us**"). By using our Services, you acknowledge and agree to these Terms.

Please note:

- We reserve the right to modify these Terms.
- Our Enterprise Terms of Service govern the use of our services for developers and businesses, including xAI APIs and PromptIDE.
- If you reside in the European Economic Area, United Kingdom, or Switzerland (collectively, "**Europe**"), your use of the Service is governed in part by the Europe Specific Terms ("**EST**").
- Please read our Privacy Policy, which describes how we collect, use and disclose personal information. Although it does not form part of these Terms, it is an important document you should read.
- Another helpful resource is our Consumer FAQs that, while not part of these Terms, give further information about our Service.

## Who We Are

xAI is a company working on building artificial intelligence to accelerate human scientific discovery. We are guided by our mission to advance our collective understanding of the universe. As part of our mission, we have developed "**Grok**," a conversational generative AI powered by xAI's large language models. For more information about xAI, please visit https://x.ai/. xAI is a separate company from X Corp. ("**X**", previously Twitter).

## Registration and Access

**Minimum age.** You must be at least 13 years old or the minimum age required in your country to use the Service, and you must confirm that you meet the minimum age requirement. If you are a teenager between the ages of 13 and 17 years old, you must have your parent or legal guardian's permission to use the Service, and they must agree to our Terms of Service. While we have taken measures to limit undesirable training data and outputs, depending on the features that you choose to use, the Service could produce output that is not appropriate for all ages. For instance, if users choose certain features or input suggestive or coarse language, the Service may respond with some dialogue that may involve coarse language, crude humor, sexual situations, or violence. We urge parents to exercise care in monitoring the use of the Service by their teenagers. Parents or guardians who choose to use certain features of the Service to aid in their interactions with their children, including regarding educational, enlightening, or entertaining discussions they have with their children, must make use of the data controls provided in the Service to select the appropriate features for their needs.

**Registration.** You must provide accurate and complete information to register for an account to use our Service. You may not share your account credentials or make your account available to anyone else, and are responsible for all activities that occur under your account. If you create an account or use the Service on behalf of another person or entity, you must have the authority to accept these Terms on their behalf.

**Logging in through a third-party service.** By choosing to login to our Service by using a third-party service, such as Google, Apple, or X, you give us permission to access, use, and store your information from that service, as permitted by that service, which may include log-in credentials and/or access tokens for that service. If connecting to our Service using your X credentials, you may elect (opt-in) to bring your X user profile (including date of birth), X account and location information, X preferences, X post history (your X posts viewable on your X account including posts to and from all accounts (public or protected) that you can view), X usage data, and your Grok in X conversation history to your xAI account.

## Using our Service

**What you can do.** Subject to your compliance with these Terms, you may access and use our Service. You must comply with all applicable laws as well as our Acceptable Use Policy and any other documentation, guidelines, or policies we make available to you, including on our website.

**What you cannot do.** Prohibited uses of our Service include any illegal, harmful, or abusive activities, including but not limited to::

- *Detrimentally impacting the Service, including by:*
  - Modifying, copying, leasing, selling, reselling, distributing, distilling, using bots to access, reverse engineering, or decompiling our Service
  - Using the Service or any Output to develop models or services that compete with xAI, scraping or reselling any Input or Output, or distilling model data
  - Disrupting, interfering with, or unauthorized access to the Service or its safety systems
- *Causing harm or engaging in abusive activity, including by:*
  - Critically harming or promoting critically harming human life (yours or anyone else's), including pro-terrorist activities
  - Violating copyright, trademark, or other intellectual property law

  - Violating a person's privacy or their right to publicity
  - The sexualization or exploitation of children
  - Espionage, hacking, defrauding, defamation, scamming, spamming, or phishing
- *Not complying with laws or regulations, including by:*
  - Taking unauthorized actions on behalf of others
  - Operating in a regulated industry without complying with those regulations or in a region where we do not offer Service
  - Making high-stakes automated decisions that affect a person's safety, legal or material rights, or well-being (such as making financial credit, educational, employment, housing, insurance, legal, medical, or other important decisions about or for them)
  - Misleading others or not being transparent regarding your use of AI

**Who Is Prohibited From Using the Service.**

- Anyone who violates these Terms, Acceptable Use Policy, other documentation, guidelines, or policies we make available to you.
- Anyone who has been previously removed from the Service.
- We reserve the right to decide, at our sole discretion, not to contract with you. If you do not have a valid contract with us, you are prohibited from using our Service.

**Third-party services and software.** Our Service may include or be integrated with third-party software, products, or services that are subject to their own terms. Our software may include open source software that is governed by its own licenses.

## User Content

**You Own Your User Content.** You may provide input (e.g., text, audio, images, video, code, files, folders, drives, etc.) to the Service ("**Input**") and receive output from the Service based on the Input ("**Output**"). Collectively, Input and Output are "**User Content.**" You are responsible for User Content, including ensuring that it does not violate any applicable law or these Terms. You represent and warrant that you have all rights, licenses, and permissions needed to provide Input to our Service. To the extent permitted by applicable law, and as between you and xAI, you retain your ownership rights to the User Content. We ask that when using Output, you attribute the Service as having generated the Output, as detailed in our Brand Guidelines.

**Our Use of User Content.** You grant, an irrevocable, perpetual, transferable, sublicensable, royalty-free, and worldwide right to xAI to use, copy, store, modify, distribute, reproduce, publish, display in public forums, list information regarding, make derivative works of, and aggregate your User Content and derivative works thereof for any purpose, including but not limited: (i) to maintain and provide the Service; (ii) to improve our products and the Service and for our other business purposes, such as data analysis, customer and market research, developing new products or features, or identifying or displaying usage or User Content trends; and (iii) to perform such other actions to enforce these Terms, comply with our Privacy Policy, comply with applicable law, or keep our Service safe.

Automated systems that analyze your use of the Service and User Content may be used for business, safety, and compliance purposes. A limited number of our authorized personnel may review how you use the Service and your User Content for specific business purposes, including improving product features, investigating security incidents and potential misuse of our Services, and complying with our legal obligations.

**Electing whether your User Content is used for product development or model training.** When logged into our Service, you can select whether or not you want us to use your User Content to improve our products and services and train our models. Private Chat and User Content that you request to be deleted will be queued for deletion, which may take up to 30 days. Where available, you may access our Service without logging in; when doing so, where permitted, you grant us full rights to use any data you provide to or obtain from our Service for product development and model training purposes. Further details are available in our Privacy Policy and Consumer FAQs.

**Accuracy.** Artificial intelligence is rapidly evolving and is probabilistic in nature; therefore, it may sometimes: a) result in Output that contains "hallucinations," b) be offensive, c) not accurately reflect real people, places or facts, or d) be objectionable, inappropriate, or otherwise not suitable for your intended purpose.

**Similarity of content.** Due to the nature of artificial intelligence, outputs may not be unique, and different users may receive similar output from our Service. Your rights to the Output do not extend to other's rights.

**Connecting to third-party services.** Certain features of the Service may facilitate your ability to connect to a third-party service, such as X or other companies. If you select a feature that involves sending your User Content to such a third-party service, you are instructing and authorizing xAI to send your User Content out of the Service. Please review the policies of any third-party service providers for additional information about how they may use those materials.

**When you use our Service, you understand and agree that:**

- Output may not always be accurate. Output from our services is not professional advice. You should conduct your own thorough research and should not rely on Output as the truth.
- You are responsible for evaluating the Output for accuracy and appropriateness for your use, including using human review and supervision, before using or sharing Output.
- Our Service may provide incomplete, incorrect, or offensive Output that does not represent xAI's views. Outputs are not meant to endorse a person or third-party's views.
- At our sole discretion, we may implement rate limitations to accommodate system resources or usage needs.

## The Services Are Available "As Is"

We continue to add new models and other features, some which may be in beta testing where indicated. You accept that all of our services, including but not limited to such beta technologies, are provided "AS IS" and may contain errors, defects, bugs or inaccuracies that could fail or cause corruption or loss of data and information. You agree that use of any of our technologies is at your own risk.

## xAI's Intellectual Property Rights

**We own our Service.** We and our affiliates own all rights, title, and interest in and to the Service.

**Usage data relating to our Service.** We may collect, or you may provide to us, diagnostic, technical, usage, and/or related information, including information about your computers, mobile devices, systems, and software (collectively, "**Usage Data**"). All Usage Data is and will be owned solely and exclusively by us, and, to the extent any ownership rights in or to the Usage Data vest in you, you hereby assign to us all rights (including intellectual property rights), title, and interest in and to the same. Accordingly, we may use, maintain, and/or process the Usage Data or any portion thereof for any lawful purpose, including, without limitation: (a) to provide and maintain the Service; (b) to improve or develop our products and services; (c) to monitor your usage of the Service; (d) for research and analytics, including, without limitation, data analysis, identifying usage trends, and/or customer or market research; and (e) to share analytics and other derived Usage Data with third-parties.

**Feedback.** To the extent you provide us any suggestions, recommendations, or other feedback relating to the Service or to any other xAI products or services (collectively, "**Feedback**"), you hereby assign to us all rights (including all intellectual property rights), title, and interest in and to the Feedback. Accordingly, we are free to use the Feedback and any ideas, know-how, concepts, techniques, and/or other intellectual property contained in the Feedback, without providing any attribution or compensation to you, for any purpose whatsoever. We are not required to use any Feedback.

## Privacy and Data Security

**Privacy.** We care about your privacy. By using the Service, you acknowledge that we may collect, use, and disclose your personal information and aggregated, pseudonymized, and/or de-identified data as set forth in our Privacy Policy, and that your personal information will be transferred to, and/or processed in, the United States.

**Security.** We care about the security of your personal information. However, we cannot guarantee that unauthorized third-parties will never be able to defeat our security measures or to use your data for improper purposes. You acknowledge that you provide your data at your own risk. You will notify us immediately of any breach of security or unauthorized use of your User Account, and you will immediately take action to secure your account, including by changing your password.

## Paid Accounts

**Fees; Payments; Cancellation.** If you purchase any aspect of the Service, you must provide complete and accurate billing information, including a valid payment method. For paid subscriptions, we will automatically charge your payment method on each periodic renewal until you cancel. We will charge tax when required. If your payment is not successful, we may downgrade your account or suspend your access to the Service until payment is received. You can cancel your paid subscription at any time; however, payments already made are non-refundable, except where required by law. For questions regarding payments or cancellation, please contact support@x.ai.

**Price changes.** We may adjust subscription prices periodically. If prices increase, we will provide 30 days' notice, and the new price will apply at your next renewal, allowing you to cancel if you disagree with the change.

**Paid subscriptions through X.** Use of Grok on the X platform is not governed by these Terms. To access Grok on X, you must agree to the X Terms of Service.

## Termination, Suspension, Discontinuation

**Termination or Suspension.** You are free to stop using our Service at any time and close your account. We may terminate or suspend your access to our Service or delete your account at any time without notice to you if we determine, at our sole discretion, that:

- You breached these Terms or our Acceptable Use Policy, guidelines, or other policies;
- We must do so to comply with the law;
- Your use of our Service could cause risk or harm to xAI, our users, or anyone else; or
- Your account has been inactive for over a year and you do not have a paid account.

**No refund.** Upon Service termination, you will not be entitled to any refund, except where required by law.

**Appeals.** If you believe we have suspended or terminated your account in error, you can file an appeal with us by contacting support@x.ai.

**Discontinuation.** We may decide to discontinue our Service. If we do, we will provide you notice and any applicable refund for prepaid, unused services.

## Disclaimer of Warranties

TO THE FULLEST EXTENT PERMITTED BY LAW, THE SERVICE IS PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS. YOUR USE OF THE SERVICE IS AT YOUR OWN RISK. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE SERVICE, THE INTELLECTUAL PROPERTY, AND ANY OTHER INFORMATION AVAILABLE ON OR THROUGH THE SERVICE ARE PROVIDED WITHOUT WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND/OR NON-INFRINGEMENT. XAI DOES NOT GUARANTEE THAT THE FUNCTIONS OR FEATURES OF THE SERVICE WILL BE UNINTERRUPTED OR ERROR-FREE OR THAT DEFECTS WILL BE CORRECTED. YOU ACCEPT AND AGREE THAT ANY USE OF OUTPUTS FROM OUR SERVICE IS AT YOUR SOLE RISK AND YOU WILL NOT RELY ON OUTPUT AS THE SOLE SOURCE OF TRUTH OR FACTUAL INFORMATION, OR AS PROFESSIONAL ADVICE.

## Indemnity

To the fullest extent permitted by law, you will defend, indemnify, and hold xAI and our parents, subsidiaries and affiliates, and our and their respective agents, suppliers, licensors, employees, contractors, officers, and directors (collectively the "**xAI Indemnitees**") harmless from and against any and all claims, damages (whether direct, indirect, incidental, consequential, or otherwise), obligations, losses, liabilities, costs, debts, and expenses (including, but not limited to, legal fees) arising from or related to your use of the Service and Output, your Input, or any violation of these Terms.

## Limitation of Liability

TO THE FULLEST EXTENT PERMITTED BY LAW, IN NO EVENT WILL XAI OR ANY XAI INDEMNITEE BE LIABLE (A) FOR ANY INDIRECT, PUNITIVE, INCIDENTAL, SPECIAL, CONSEQUENTIAL, OR EXEMPLARY DAMAGES, INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, OR DATA, OR OTHER INTANGIBLE LOSSES, ARISING OUT OF OR RELATING TO THE USE OF, OR INABILITY TO USE, THE SERVICE OR ANY PORTION THEREOF; AND (B) TO YOU FOR ANY CLAIMS, DAMAGES OR COSTS IN AN AMOUNT EXCEEDING THE AMOUNT YOU PAID TO US HEREUNDER OR ONE HUNDRED U.S. DOLLARS ($100.00), WHICHEVER IS GREATER. THESE LIMITATIONS OF LIABILITY APPLY EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.

Some countries and states do not allow the disclaimer of certain warranties or the limitation of certain damages, so some or all of the terms above may not apply to you, and you may have additional rights.

## Copyright Complaints #

If you believe that your copyrighted work or other right to your work or image has been infringed and is accessible via the Service, you agree to first notify our copyright agent by following these instructions. We may, if feasible, delete or disable content that we believe violates these Terms or is alleged to be infringing and will terminate accounts of repeat infringers at our sole discretion. Written claims concerning copyright infringement must include all of the following information:

- An electronic or physical signature of a person authorized to act on behalf of the copyright owner
- A description of the copyrighted work that you claim has been infringed upon
- A description of where the allegedly infringing material is located on our Service, so we can find it
- Your address, telephone number, and e-mail address
- A statement by you that you have a good-faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law
- A statement by you, made under penalty of perjury, that the above information is accurate, and that you are the copyright owner or are authorized to act on behalf of the copyright owner.

The above information must be submitted to our Copyright Agent at: Attn: Legal - Copyright Agent, X.AI LLC, legal@x.ai

## Dispute Resolution

**Class Action and Jury Trial Waiver** BY ENTERING INTO THESE TERMS, YOU AND XAI ARE EACH WAIVING THE RIGHT TO A TRIAL BY JURY OR TO BRING, JOIN, OR PARTICIPATE IN ANY PURPORTED CLASS ACTION, COLLECTIVE ACTION, PRIVATE ATTORNEY GENERAL ACTION, OR OTHER REPRESENTATIVE PROCEEDING OF ANY KIND AS A PLAINTIFF OR CLASS MEMBER. THE FOREGOING APPLIES TO ALL USERS (BOTH NATURAL PERSONS AND ENTITIES), REGARDLESS OF WHETHER YOU HAVE OBTAINED OR USED THE SERVICE FOR PERSONAL, COMMERCIAL, OR OTHER PURPOSES.

**Governing Law; Jurisdiction and Venue.** This agreement and all claims or disputes between You and xAI shall be governed by the laws of Texas without regard to conflict of law principles, and shall be brought exclusively in the state and federal courts in Tarrant County, Texas, and the parties hereby irrevocably consent to the exclusive jurisdiction and venue of such courts.

**Limitations Period.** Any claims or causes of action between You and xAI must be filed within two (2) years after such claim or cause of action accrues, and if not so filed will be forever barred to the fullest extent permitted by law. For purposes of this section, a claim or cause of action accrues when the event giving rise to the claim occurs, or when the claimant knew or should have known of the event, whichever is earlier.

## General Provisions

**Assignment.** These Terms, and any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by us without restriction. Any attempted transfer or assignment by you in violation hereof will be null and void.

**Changes to Terms.** When we change these Terms in a material manner, we will update the 'Effective' date at the top of this page. **Your continued use of the Service after any change to these Terms constitutes your acceptance of the new Terms of Service.** If you do not agree to any part of these Terms or to any future Terms of Service, do not access or use (or continue to access or use) the Service.

**Entire Agreement; Severability.** These Terms, together with any amendments and any additional written agreements you may enter into with us in connection with the Service, will constitute the entire agreement between you and us concerning the Service. Any statements or comments made between you and any of our employees or representatives are expressly excluded from these Terms and will not apply to you or us, or to your access to or use of the Service. If any provision of these Terms is deemed invalid by a court of competent jurisdiction, the invalidity of such provision will not affect the validity of the remaining provisions of these Terms, which will remain in full force and effect.

**No Waiver.** No waiver of any term of these Terms will be deemed a further or continuing waiver of such term or of any other term, and our failure to assert any right or provision under these Terms will not constitute a waiver of such right or provision.

**Export Controls.** You will comply with all applicable import and export and re-export control and trade and economic sanctions laws and regulations in your use of the Service, including the Export Administration Regulations maintained by the U.S. Department of Commerce, trade and economic sanctions maintained by the U.S. Treasury Department's Office of Foreign Assets Control ("**OFAC**"), and the International Traffic in Arms Regulations maintained by the U.S. State Department. You represent and warrant that you are not, and that no person to whom you make the Service available or that is acting on your behalf, is (a) listed on the List of Specially Designated Nationals and Blocked Persons or on any other list of sanctioned, prohibited, or restricted parties administered by OFAC or by any other governmental entity, or (b) located in, a national or resident of, or a segment of the government of, any country or territory for which the United States maintains trade or economic sanctions or embargoes or that has been designated by the U.S. Government as a "terrorist supporting" region.

**How to Contact Us.** These Terms are with X.AI LLC, a Nevada company. For questions about these Terms, contact xAI at legal@x.ai. If you have any questions about the Service, please contact us at support@x.ai.

## Mobile App Specific Terms

To use any mobile App, you must have a mobile device that is compatible with such App. xAI does not warrant that any App will be compatible with your mobile device. You may use mobile data in connection with an App and may incur additional charges from your wireless provider in connection with such App. You understand and acknowledge that you are solely responsible for any such charges. Mobile Apps may update automatically to ensure you are using the latest version. We hereby grant you a non-exclusive, limited, non-transferable, and freely revocable license to use a compiled code copy of the App(s) under your User Account on one (1) or more mobile devices owned or controlled solely by you (except to the extent Apple or Google permits any shared access and/or use of the iOS App or Android App (as each of those terms is defined below), respectively), solely in accordance with these Terms. The foregoing license grant is not a sale of any App or of any copy thereof. You consent to such automatic upgrading on your mobile device.

**iOS App.** This paragraph applies to any App you acquire from the Apple App Store (such App, "**iOS App**"). You and xAI understand and acknowledge that these Terms are solely between you and xAI, not Apple, Inc. ("**Apple**"), and that Apple has no responsibility for the iOS App or content thereof. Your access to and use of the iOS App must comply with the usage rules set forth in Apple's then-current Apple Media Services Terms and Conditions and with the applicable Volume Content Terms. You acknowledge that Apple has no obligation whatsoever to furnish any maintenance and support services with respect to the iOS App. In the event of any failure of the iOS App to conform to any applicable warranty, you may notify Apple, and Apple will refund the purchase price (if any) for the iOS App to you; to the maximum extent permitted by applicable law, Apple will have no other warranty obligation whatsoever with respect to the iOS App, and any other claims, losses, liabilities, damages, costs, or expenses attributable to any failure to conform to any warranty will be governed solely by these Terms and any law applicable to xAI as provider of the iOS App. You and xAI acknowledge that Apple is not responsible for addressing any claims of you or any third-party relating to the iOS App or your possession and/or use of the iOS App, including, but not limited to: (a) product liability claims; (b) any claim that the iOS App fails to conform to any applicable legal or regulatory requirement; and (c) claims arising under consumer protection or similar legislation. You acknowledge that, in the event of any third-party claim that the iOS App, or your possession and use of that iOS App, infringes that third-party's intellectual property rights, xAI, not Apple, will be solely responsible for the investigation, defense, settlement, and discharge of any such intellectual property infringement claim, to the extent required by these Terms. You and xAI acknowledge and agree that Apple and Apple's subsidiaries are third-party beneficiaries of these Terms as relates to your license of the iOS App, and that, upon your acceptance of the terms and conditions of these Terms, Apple will have the right (and will be deemed to have accepted the right) to enforce these Terms as relates to your license of the iOS App against you as a third-party beneficiary thereof.

**Android App.** This paragraph applies to any App you acquire from the Google Play Store (such App, "**Android App**"): (a) you acknowledge that these Terms are between you and xAI only, and not Google LLC or any affiliate thereof (collectively, "**Google**"); (b) your access to and use of the Android App must comply with Google's then-current Google Play Terms of Service; (c) Google is only a provider of the Google Play Store where you obtained the Android App; (d) xAI, and not Google, is solely responsible for the Android App; (e) Google has no obligation or liability to you with respect to the Android App or these Terms; and (f) you understand and acknowledge that Google is a third-party beneficiary to these Terms as they relate to the Android App.

## Regional Specific Terms

**Australian Residents.** If you are an Australian resident, you may report child safety issues to the eSafety Commission with this webform.

**California Residents.** The provider of the Service is set forth herein. If you are a California resident, in accordance with Cal. Civ. Code §1789.3, you may report complaints to the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by contacting it in writing at 1625 North Market Blvd., Suite N 112 Sacramento, CA 95834, or by telephone at (800) 952-5210 or (916) 445-1254.

**European Economic Area (EEA), United Kingdom (UK) or Switzerland Residents ("Europe Specific Terms" or "EST")**

- **EST Definition of Consumer.** For the purposes of these Europe Specific Terms "European Consumers" are individuals with a habitual place of residence in the EEA, UK or Switzerland acting for purposes that are wholly or mainly outside that individual's trade, business, craft or profession.
- **EST Order Process.** As a European-Consumer, you are responsible for ensuring that your information is complete and accurate. The order process allows you to check and amend any errors before submitting your registration. Once you submit, we will begin processing it immediately. We will not file a copy of any contract formed between you and us.
- **EST Governing Law.** The Terms above provide the governing law, excluding applicable conflict of laws principles. As a European-Consumer, you will benefit from the applicable mandatory provisions of the law of the country in which you are resident.
- **EST Venue of Jurisdiction.** As a European-Consumer, you may bring a dispute which may arise under these Terms or in connection with the use of the Service, in the applicable courts of the country in which you are habitually resident.
- **EST Right of Withdrawal.** As a European-Consumer, you have the right to close your account and withdraw from this contract within 14 days of entering into the contract. To exercise your right of withdrawal, you must inform us of your decision to withdraw from this contract by an unequivocal statement sent to support@x.ai. You may use the Model Withdrawal Form below, but it is not obligatory.
- **EST Consequences of Exercising Right of Withdrawal.** If you withdraw from this contract and you have signed-up for a paid subscription, we will repay you for payments that we verify have already been received by us from you for the subscription term active at the time of your withdrawal notice, within 14 days from the day on which we received the notification of your withdrawal from this contract. For this repayment, we will use the same means of payment that you used for the original transaction, unless expressly agreed otherwise with you. Please note this does not include X Premium or X Premium+ account charges because that is not part of this Service. Please refer to the X Premium Terms of Use for further details of how to claim a refund for those charges.

- **EST Withdrawal Form.** If you wish to withdraw from the contract, send an email requesting withdrawal to support@x.ai and include the following information: Full legal name, login/user name (e.g., email and/or X user name), residential address, date of order/subscription, date submitting withdrawal.
- **EST Limitation of Liability.** For European-Consumers, provided that we have acted with professional diligence, we do not take responsibility for loss or damage caused by us, unless it is caused by our breach of these Terms or is reasonably foreseeable at the time of entering into these Terms. We do not take responsibility for loss or damage caused by events beyond our control. We do not limit our liability to you where it would be unlawful for us to do so. You have the full protections of the applicable laws and statutory rights.
- **EST Consumer Guarantee.** For European-Consumers, the applicable European consumer laws provide you with a guarantee covering the Service. Questions regarding the Service can be directed to support@x.ai.
- **EST No Release; Indemnity.** The Release Section and Indemnity Section of the Terms shall not be applicable to European-Consumers subject to these Europe Specific Terms.
- **EST Changes to the Terms.** With respect to European-Consumers, xAI may unilaterally make changes to these Terms (including the Europe Specific Terms) when it is necessary to do so, particularly as a result of changes of law or to ensure a better functionality of the Service. xAI shall take proportionate measures, if required, to notify Users in advance of such changes to the Terms, such notification may take the form of an in-Service notification or an email for a material change. If you do not agree to the amended Terms, you may object and must discontinue your use of the Service. If you do not object and continue to use the Service, you will be deemed to have acknowledged the amendment and agreed to be bound by it.